DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARTIN GARCIA-TRUJILLO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4055
_____

November 22, 2023

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Deborah Goins of Escobar & Associates, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.